

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2014

No. 04-14-00395-CV

Susan **COSTNER**,
Appellant

v.

**STATE OF TEXAS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2000EM502104
Honorable Jim Rausch, Judge Presiding

# O R D E R

The trial court signed an Order Dismissing Petition to Establish the Parent-Child Relationship on September 14, 2000. On March 3, 2014, appellant filed a "Motion for Leave to File Late Notice of Appeal" in this court in appellate cause number 04-14-00146-CV. Because it did not appear as if appellant had filed a notice of appeal, this court ordered appellant to file a written response establishing that she had timely filed her notice of appeal. Appellant did not respond, and this court denied her motion as moot and dismissed the appeal for want of jurisdiction on April 30, 2014.

On May 1, 2014, appellant filed a notice of appeal. However, it appears this court lacks jurisdiction over an appeal from a final judgment that was signed almost fourteen years ago.

Accordingly, appellant is hereby ORDERED to show cause in writing, no later than July 28, 2014, why this appeal should not be dismissed. All other appellate deadlines are suspended pending our determination of whether we have jurisdiction over this appeal.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court